# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK
## CIVIL/FAMILY POST TRIAL

### DATE: NOVEMBER 20, 2015

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:02:00 AM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* **14-15-00830-CV**

*Trial Court Case Number:* **2014-17466**_____

*Trial Court Number* __**11**th__ **District Court**

_____

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**X** The clerk's record will not be filed by the original due date. (Please state reasons below)
**Reason(s):** **After reviewing the Appellant's Attorney request for clerks record it is determined that the clerk's record Estimated Cost is around $4000.00; Appellant's Attorney has made payment arrangement in the amount of $3200.00 the requested deposit amount; the clerks record is being prepared at this time;**

I believe I can file the clerk's record by __**12-2-15**__ and I request **10** days extension.

_____ Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS


BY: /s/ PHYLLIS WASHINGTON
    **PHYLLIS WASHINGTON, DEPUTY**

District Clerk's LetterOnReceipt NOAatt.wpd

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

October 13, 2015

**Katherine D. Mackillop, TBN #10288450**
**Norton Rose Fulbright US LLP**
**1301 McKinney Ste 5100**
**Houston, Tx 77010**
**Ph: 713-651-5151**
**Fx: 713-651-5246**

**Sent Via: Fax Only**

**Re: Cause 2014-17466; BP Amoco Exploration (In Amenas) Limited v Rene Buttaccio, Et Al in the 11th Judicial District Court of Harris County, Texas.**

**Dear Attorney Mackillop:**

We have received your notice of appeal in the above referenced case. We are informing you in order for us to prepare, certify and timely file the clerk's record with the appellate court that you must be in accordance with rule (35.3) of the Texas Rules of Appellate Procedure which states:

*(a)* (2) *The party responsible for paying for the preparation of the clerk's record has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee.*

The **estimated cost** of the clerk's record is **$ 3200.00**. **We are requesting a deposit/payment of $2000.00 before proceeding in preparing the clerk's record**. After further review of your 26 pages designation of clerks record filed with the trial court on September 30, 2015; I found that the estimated cost of the documents you are requesting exceeds the $500.00 limit therefore, I have no other choice but to request advanced payment before the full preparation of your clerks record; **Note: *As well I noticed in your trial court case file that there are several documents enclosed "under sealing order" therefore, those documents will not be included in your clerks record at this time; you will need to obtain an order signed by the trial court allowing these items be included within your clerks record under seal;** You may remit your payment in the form of a money order or cashier's check, payable to Chris Daniel, District Clerk by mailing to:

**Attn: Civil / Family Post Trial**
P.O. Box 4651
Houston, TX 77210-4651

**\*special note please review**

CHRIS DANIEL,
 CLERK DISTRICT COURT,
 HARRIS COUNTY, TEXAS

BY:   /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**